# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 6D2023-0077, 6D23-2670, and 6D23-2859
CONSOLIDATED
Lower Tribunal Nos. 18-DR-003109 and 18-DR-000618

_____

J.S.G.,

Appellant,

v.

J.A.R. and R.R.,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Lisa S. Porter, Judge.

February 14, 2025

PER CURIAM.

In this consolidated appeal, J.S.G. challenges two rulings in his paternity action and a final judgment of dissolution in a separate action, to which he was not a party.[1]

---

[1] This case was transferred from the Second District Court of Appeal to this Court on January 1, 2023.

We dismiss the appeal insofar as it challenges the final judgment of dissolution. *YHT & Assocs., Inc. v. Nationstar Mortg. LLC*, 177 So. 3d 641, 643–44 (Fla. 2d DCA 2015). We affirm in all other respects.

AFFIRMED in part; DISMISSED in part.

NARDELLA, WHITE and BROWNLEE, JJ., concur.


Nancy A. Hass, of Nancy A. Hass, P.A., Hollywood, and Stacy L. Haverfield, of Stacy L. Haverfield, P.A., Fort Myers, for Appellant.

No Appearance for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED